**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN JOHNSON**, | Case No.: CV 19-2249-DMG (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **PALM TREE PROPERTIES, LLC, et al.,** | |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendants Palm Tree Properties, LLC and L.R.S. Realty Management, Inc. by order dated November 14, 2019 [Doc. # 61],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Warren Johnson.

DATED: November 14, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE